IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
ARROWOOD INDEMNITY COMPANY,           :   C.A. No. 1:09-CV-166 (LPS)
f/k/a, ROYAL INDEMNITY COMPANY,       :

   Plaintiff/Counterclaim Plaintiff,       :

       v.                               :
                                         :
HARTFORD FIRE INSURANCE COMPANY,      :

   Defendant/Cross-Claim Defendant/       :
   Counterclaim Plaintiff,                :

       and                              :

STUDENT FINANCE CORPORATION,          :

   Defendant/Counterclaim and             :
   Cross-Claim Plaintiff.                 :
---------------------------------------------------------------x

## DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S RESPONSE TO MOTION FOR STATUS CONFERENCE TO SET TRIAL DATE

Defendant Hartford Fire Insurance Company ("Hartford"), as and for its response to the Motion for Status Conference to Set Trial Date filed by plaintiff Arrowood Indemnity Company, f/k/a, Royal Indemnity Company ("Royal"), and cross-claim plaintiff Chapter 7 Trustee ("Trustee") for Student Finance Corporation (D.I. 125) respectfully states as follows:

Hartford concurs with Royal and the Trustee that a status conference is appropriate to apprise the Court of the issues in this case and to set a trial date, and is available for a conference at the Court's convenience.

Additionally, Hartford respectfully submits that discovery is not yet complete. Pursuant to an Amended Scheduling Stipulation, so ordered by the Court on July 1, 2009 (D.I. 27), requests for admission may be served at any time until 30 days before trial. Responses to requests for admission shall be served within thirty days of service thereof, except that with

{09425}

{09425}

regard to requests for admission served between 30-45 days prior to trial, responses to such requests for admissions shall be served within 15 days of service thereof.

Dated: April 27, 2011

/s/ Michael P. Migliore
Michael P. Migliore (DE Bar No. 4331)
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, DE 19899
Tel.:   302-652-8400
Fax:   302-652-8405
mpm@skjlaw.com

and

Arthur N. Lambert (*pro hac vice*)
Frenkel Lambert Weiss Weisman & Gordon, LLP
One Whitehall Street, 20th Floor
New York, New York 10004
Tel.:   212.344.3100
Fax:   212.422.4047
alambert@flwlaw.com